QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILLIAM THIBEAU

FILED

JUN 2 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-04-406 FCD PAN |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| JASON WILLIAM THIBEAU and CHARLEY JOSEPH STEPHENSON, | |
| Defendants. | Judge: Frank C. Damrell |

IT IS HEREBY STIPULATED and agreed to between the United States of America through Kenneth J. Melikian, Assistant United States Attorney, and defendant, Jason William Thibeau, by and through his counsel, Mary M. French, Assistant Federal Defender, that the conditions of Mr. Thibeau's pretrial release be modified as follows:

The title to a 1990 FXRS Evolution Harley Davidson motorcycle, Vin #1HD1EBL3XLY115961, will be posted by Timothy Lee James with the Clerk of the Court to substitute for the $10,000 cash bond previously posted by William DuVal, Jr.

Upon the posting of the title to the motorcycle, the $10,000 cash posted by William DuVal, Jr., plus interest, less registry service fee,

1  is to be exonerated by the Clerk of the Court and mailed to **William Lee**
2  **DuVal, Jr., 1375 Lampe Lane, #11, Gardnerville, NV 89410.**
3      All other conditions of release previously imposed shall remain in
4  full force and effect.
5  Dated: June 21, 2005                    Respectfully submitted,
6                                          QUIN DENVIR
                                            Federal Defender
7
8                                          _____
                                            MARY M. FRENCH
9                                           Assistant Federal Defender
                                            Attorney for Defendant
10                                          JASON WILLIAM THIBEAU
11 Dated: June 21, 2005
12                                          MCGREGOR W. SCOTT
                                            United States Attorney
13
14                                         _____
                                            KENNETH J. MELIKIAN
15                                          Assistant U.S. Attorney
                                            per telephonic authority
16

17                              O R D E R

18      IT IS SO ORDERED that upon posting by Timothy Lee James of the
19 title to a 1990 FXRS Evolution Harley Davidson motorcycle, Vin
20 #1HD1EBL3XLY115961, with the Clerk of the Court to substitute for the
21 $10,000 cash bond previously posted by William DuVal, Jr., the $10,000
22 cash, plus interest, less registry service fee, is to be exonerated by
23 the Clerk of the Court and mailed to **William Lee DuVal, Jr., 1375 Lampe**
24 **Lane, #11, Gardnerville, NV 89410.**
25 Dated: June 27, 2005
                                            GREGORY G. HOLLOWS
26
                                            ~~PETER A. NOWINSKI~~
27                                          United States District Court
28

Stip & Order/Thibeau/Cr-S-04-406 FCD         2