```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JASON WILLIAM THIBEAU
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     )  No. CR-S-04-406 FCD
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER CONTINUING
14       v.                       )  STATUS CONFERENCE
                                  )
15  JASON WILLIAM THIBEAU and     )
    CHARLEY JOSEPH STEPHENSON,    )  Date:  September 12, 2005
16                                )  Time:  9:30 a.m.
                Defendants.       )  Judge: Frank C. Damrell
17  _____ )
```

18      IT IS HEREBY STIPULATED and agreed to between the United States of

19 America through Kenneth J. Melikian, Assistant United States Attorney;

20 defendant, Jason William Thibeau, by and through his counsel, Mary M.

21 French, Assistant Federal Defender; and defendant, Charley Joseph

22 Stephenson, by and through his counsel, James R. Greiner, Esq., that

23 the status conference, presently scheduled for July 12, 2005, be

24 vacated and rescheduled to September 12, 2005 at 9:30 a.m.

25      This continuance is requested to allow both defense counsel

26 additional time to review discovery with their respective clients, to

27 examine possible defenses and to continue on-going investigation of the

28 facts of the case.

1  IT IS FURTHER STIPULATED that the period from July 12, 2005
2 through and including September 12, 2005 be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: June 29, 2005

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JASON WILLIAM THIBEAU


                                    /s/ Jay Greiner
                                    _____
                                    JAY R. GREINER
                                    Attorney for Defendant
                                    CHARLEY JOSEPH STEPHENSON
                                    per telephonic authority

Dated: June 29, 2005
                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Mary M. French for
                                    _____
                                    KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
                                    per telephonic authority


**O R D E R**

IT IS SO ORDERED.

Dated: July 6, 2005
                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
                                    United States District Judge

Stip & Order/Thibeau/Cr-S-04-406 FCD    2