QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILLIAM THIBEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-04-406 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| JASON WILLIAM THIBEAU, | ) |
| | ) Date: November 14, 2005 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Frank C. Damrell |
| _____ | ) |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through Kenneth J. Melikian, Assistant United States Attorney, and defendant, Jason William Thibeau, by and through his counsel, Mary M. French, Assistant Federal Defender, that the status conference, presently scheduled for October 11, 2005, be vacated and rescheduled to November 14, 2005 at 9:30 a.m.

   This continuance is requested to allow undersigned counsel additional time to review discovery with her client, to examine possible defenses and to continue on-going investigation of the facts of Mr. Thibeau's case.

   IT IS FURTHER STIPULATED that the period from October 11, 2005

1 through and including November 14, 2005 be excluded in computing the
2 time within which trial must commence under the Speedy Trial Act,
3 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
4 continuity and preparation of counsel.
5 Dated: October 7, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
JASON WILLIAM THIBEAU

Dated: October 7, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
KENNETH J. MELIKIAN
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: October 7, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

Stip & Order/Thibeau/CR-S-04-406 FCD    2