1    QUIN DENVIR, Bar #49374
     Federal Defender

2
     MARY M. FRENCH, Bar #126643
3    Assistant Federal Defender
     Designated Counsel for Service
4    801 I Street, 3rd Floor
     Sacramento, California 95814
5    Telephone: (916) 498-5700

6    Attorney for Defendant
     JASON WILLIAM THIBEAU
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,          )   No. CR-S-04-406 FCD
                                        )
13              Plaintiff,              )      **AMENDED**
                                        )   STIPULATION AND ORDER CONTINUING
14        v.                            )   STATUS CONFERENCE
                                        )
15   JASON WILLIAM THIBEAU and          )
     CHARLEY JOSEPH STEPHENSON,         )   Date:  January 9, 2006
16                                      )   Time:  9:30 a.m.
                Defendants.             )   Judge: Frank C. Damrell
17   _____)

18        IT IS HEREBY STIPULATED and agreed to between the United States of America through

19   Kenneth J. Melikian, Assistant United States Attorney;  defendant, Charley Joseph Stephenson, by and

20   through his counsel, James Greiner; and defendant, Jason William Thibeau, by and through his counsel,

21   Mary M. French, Assistant Federal Defender, that the status conference, presently scheduled for December

22   19, 2005, be vacated and rescheduled to January 9, 2006 at 9:30 a.m.

23        This continuance is requested by undersigned counsel due to ongoing investigation and to allow

24   additional time to examine possible defenses in both cases.  Additionally, counsel for Mr. Thibeau will be

25   out of the district.

26   ///

27   ///

28   ///

1    IT IS FURTHER STIPULATED that the period from December 19, 2005 through and including

2  January 9, 2006 be excluded in computing the time within which trial must commence under the Speedy

3  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of

4  counsel.

5  Dated: December 14, 2005

6                                                                    Respectfully submitted,

7                                                                    QUIN DENVIR
                                                                     Federal Defender
8
                                                                     /s/ Mary M. French
9
                                                                     _____
10                                                                   MARY M. FRENCH
                                                                     Assistant Federal Defender
                                                                     Attorney for Defendant
11                                                                   JASON WILLIAM THIBEAU

12
                                                                     /s/ Mary M. French for
13
                                                                     _____
14                                                                   JAMES R. GREINER
                                                                     Attorney for Defendant
                                                                     CHARLEY JOSEPH  STEPHENSON
15

16  Dated: December 14, 2005

17                                                                   MCGREGOR W. SCOTT
                                                                     United States Attorney
18
                                                                     /s/ Mary M. French for
19
                                                                     _____
20                                                                   KENNETH J. MELIKIAN
                                                                     Assistant U.S. Attorney
                                                                     per telephonic authority
21

22                                                **O R D E R**

23  IT IS SO ORDERED.

24  Dated: December 15, 2005

25
                                                                     /s/ Frank C. Damrell Jr.
26                                                                   FRANK C. DAMRELL JR.
                                                                     United States District Judge
27

28