1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951

5 ATTORNEY FOR DEFENDANT
CHARLEY STEPHENSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-04-0406 |
| PLAINTIFF, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO MONDAY JANUARY 30, 2006, AT 9:30 A.M. |
| v. | |
| CHARLEY STEPHENSON, et al., | |
| DEFENDANTS | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. KYMBERLY SMITH, and defendants JASON WILLIAM THIBEAU by his counsel, Ms. Mary French, and CHARLEY STEPHENSON, by his counsel James R. Greiner, hereby agree and stipulate that the status conference set for Monday, January 9, 2006, at 9:30 a.m., in Courtroom #1 before the Honorable District Court Judge FRANK C. DAMRELL, Jr., can be continued to Monday, January 30, 2006, at 9:30 a.m., in Courtroom #1, before the Honorable District Court Judge FRANK C. DAMRELL, Jr.

The reason for the extension of time is to allow all counsel time to continue with discussions toward resolving the matter short of trial; to allow discussions to continue with the newly assigned Assistant United States Attorney. Ms. Kymberly, who just recently was assigned the case, thus

1

1 giving all counsel sufficient time to become familiar with the case so that discussions can move
2 toward resolution. The government has no objection to the requested continuance.
3    Counsel for defense has called and talked with counsel for the government and co-defense
4 counsel and all of the dates and times are agreeable both counsel. Counsel for the defense has cleared
5 the date and time with the Court's Courtroom Deputy.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 1-5-06

/s/ KYMBERLY SMITH
_____
KYMBERLY SMITH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 1-5-06

/s/ MARY FRENCH by JAMES R. GREINER
With telephone authorization by Ms. French
_____
MARY FRENCH
ATTORNEY FOR DEFENDANT THIBEAU

DATED: 1-5-06

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT STEPHENSON

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JANUARY 6, 2006.

/s/ Frank C. Damrell Jr.
_____
**HONORABLE FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT JUDGE**