```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JASON WILLIAM THIBEAU
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-04-406 FCD
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                        )  STATUS CONFERENCE
                                   )
15  JASON WILLIAM THIBEAU and      )
    CHARLEY JOSEPH STEPHENSON,     )  Date: March 13, 2006
16                                 )  Time: 9:30 a.m.
                Defendants.        )  Judge: Frank C. Damrell
17  _____)
```

18       IT IS HEREBY STIPULATED and agreed to between the United States of

19  America through Kymberly Watson, Assistant United States Attorney;

20  defendant, Charley Joseph Stephenson, by and through his counsel, James

21  Greiner; and defendant, Jason William Thibeau, by and through his

22  counsel, Mary M. French, Assistant Federal Defender, that the status

23  conference, presently scheduled for February 21, 2005, be vacated and

24  rescheduled to March 13, 2006 at 9:30 a.m.

25       This continuance is requested because defense counsel is awaiting

26  specific information from the government necessary to the defense and

27  additional time is needed to receive that information.

28       IT IS FURTHER STIPULATED that the period from February 21, 2005

1  through and including March 13, 2006 be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
4  preparation of counsel.
5  Dated: February 16, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JASON WILLIAM THIBEAU


                                        /s/ Mary M. French for
                                        _____
                                        JAMES R. GREINER
                                        Attorney for Defendant
                                        CHARLEY JOSEPH  STEPHENSON

Dated: February 16, 2006

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Mary M. French for
                                        _____
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
                                        per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: February 16, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge