```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JASON WILLIAM THIBEAU
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-04-406 FCD
                                   )
13                  Plaintiff,     )  (AMENDED)
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                        )  STATUS CONFERENCE
                                   )
15  JASON WILLIAM THIBEAU and      )
    CHARLEY JOSEPH STEPHENSON,     )  Date:  July 17, 2006
16                                 )  Time:  9:30 a.m.
                    Defendants.    )  Judge: Frank C. Damrell
17  _____)
```

18      IT IS HEREBY STIPULATED and agreed to between the United States of

19 America through Kymberly Smith, Assistant United States Attorney;

20 defendant, Charley Joseph Stephenson, by and through his counsel, James

21 Greiner; and defendant, Jason William Thibeau, by and through his

22 counsel, Mary M. French, Supervising Assistant Federal Defender, that

23 the status conference, presently scheduled for June 19, 2006, be

24 vacated and rescheduled to July 17, 2006 at 9:30 a.m.

25      This continuance is requested due to ongoing good faith

26 negotiations between the parties, and due to ongoing defense research

27 and preparation.

28      IT IS FURTHER STIPULATED that the period from June 19, 2006

1 through and including July 17, 2006 be excluded in computing the time
2 within which trial must commence under the Speedy Trial Act, pursuant
3 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
4 preparation of counsel.

Dated: June 15, 2006

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                    /s/ Mary M. French
                    _____
                    MARY M. FRENCH
                    Supervising Assistant
                    Federal Defender
                    Attorney for Defendant
                    JASON WILLIAM THIBEAU

                    /s/ Mary M. French for
                    _____
                    JAMES R. GREINER
                    Attorney for Defendant
                    CHARLEY JOSEPH   STEPHENSON

Dated: June 15, 2006

                    MCGREGOR W. SCOTT
                    United States Attorney

                    /s/ Mary M. French for
                    _____
                    KYMBERLY SMITH
                    Assistant U.S. Attorney
                    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: June 15, 2006

                    /s/ Frank C. Damrell Jr.
                    FRANK C. DAMRELL JR.
                    United States District Judge