```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JASON WILLIAM THIBEAU
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  No. CR-S-04-0406 FCD
                                    )
13                    Plaintiff,    )
                                    )  STIPULATION AND ORDER CONTINUING
14        v.                        )  STATUS CONFERENCE
                                    )
15  JASON WILLIAM THIBEAU and       )
    CHARLEY JOSEPH STEPHENSON,      )  Date:  August 28, 2006
16                                  )  Time:  9:30 a.m.
                      Defendants.   )  Judge: Frank C. Damrell Jr.
17  _____ )
```

18        IT IS HEREBY STIPULATED and agreed to between the United States of

19   America through Kymberly Smith, Assistant United States Attorney;

20   defendant, Charley Joseph Stephenson, by and through his counsel, James

21   Greiner; and defendant, Jason William Thibeau, by and through his

22   counsel, Mary M. French, Supervising Assistant Federal Defender, that

23   the status conference, presently scheduled for July 24, 2006, be

24   vacated and rescheduled to August 28, 2006 at 9:30 a.m.

25        This continuance is requested due to ongoing good faith

26   negotiations between the parties, and due to ongoing defense research

27   and preparation.

28   //

1  IT IS FURTHER STIPULATED that the period from July 24, 2006
2  through and including August 28, 2006 be excluded in computing the time
3  within which trial must commence under the Speedy Trial Act, pursuant
4  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5  preparation of counsel.

Dated: July 21, 2006

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Mary M. French
                                            _____
                                            MARY M. FRENCH
                                            Supervising Assistant
                                            Federal Defender
                                            Attorney for Defendant
                                            JASON WILLIAM THIBEAU

                                            /s/ Mary M. French for
                                            _____
                                            JAMES R. GREINER
                                            Attorney for Defendant
                                            CHARLEY JOSEPH   STEPHENSON

Dated: July 21, 2006

                                            MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Mary M. French for
                                            _____
                                            KYMBERLY SMITH
                                            Assistant U.S. Attorney
                                            per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: July 21, 2006

                                            /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL JR.
                                            United States District Judge