1 McGREGOR W. SCOTT
United States Attorney
2 KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 501 I Street, Ste. 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    CR-S-04-0406 FCD
                                  )
12            Plaintiff,          )    FINAL ORDER OF FORFEITURE
                                  )
13    v.                          )
                                  )
14 JASON WILLIAM THIBEAU,         )
                                  )
15            Defendant.          )
   _____)

16

17    WHEREAS, on October 27, 2006, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 21

19 U.S.C. § 853(a) based upon the plea agreement entered into

20 between plaintiff and defendant Jason William Thibeau forfeiting

21 to the United States the following property:

22            a.  Approximately $2,960.00 in U.S. Currency seized
                  on or about September 10, 2004.
23

24    AND WHEREAS, on November 8, 15, and 22, 2006, the United

25 States published notice of the Court's Preliminary Order of

26 Forfeiture in The Daily Democrat (Yolo County), a newspaper of

27 general circulation located in the county in which the subject

28 property was seized.  Said published notice advised all third

                              1

parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Jason William Thibeau.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 16th day of March, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2