DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILLIAM THIBEAU


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-04-0406 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO EXTEND |
| v. | ) | VOLUNTARY SURRENDER DATE OF |
| | ) | DEFENDANT JASON WILLIAM THIBEAU |
| JASON WILLIAM THIBEAU and | ) | |
| CHARLEY JOSEPH STEPHENSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of
America through Kenneth J. Melikian, Assistant United States Attorney
and defendant, Jason William Thibeau, by and through his counsel, Mary
M. French, Supervising Assistant Federal Defender, that the voluntary
surrender date of Monday, April 9, 2007, be continued for two weeks to
Monday, April 23, 2007, no later than 2:00 p.m., to allow defendant
additional time prior to his self-surrender date to take care of some
family matters and to honor preexisting family commitments.

//

//

//

1    The Federal Defender's Office has been in contact with United

2  States Assistant Attorney Kenneth J. Melikian, and he has no objection

3  to continuing defendant's self-surrender date for two weeks.

4

5  Dated: March 26, 2007                Respectfully submitted,

6                                       DANIEL J. BRODERICK
                                        Federal Defender
7
                                        /s/ Mary M. French
8                                       _____
                                        MARY M. FRENCH
9                                       Supervising Assistant
                                        Federal Defender
10                                      Attorney for Defendant
                                        JASON WILLIAM THIBEAU
11

12 Dated: March 26, 2007

13

14                                      MCGREGOR W. SCOTT
                                        United States Attorney
15
                                        /s/ Mary M. French for
16                                      _____
                                        KENNETH J. MELIKIAN
17                                      Assistant U.S. Attorney
                                        per telephonic authority
18

19                              **O R D E R**

    IT IS SO ORDERED.
20

    Dated: April 2, 2007
21

22

23
                                                  _____
                                        FRANK C. DAMRELL, JR.
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

Stip & Order re Voluntary
Surrender                      2