DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON WILLIAM THIBEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-04-0406 FCD |
| Plaintiff, | ) |
| v. | ) ORDER RETURNING TITLE TO VEHICLES |
| JASON WILLIAM THIBEAU and CHARLEY JOSEPH STEPHENSON, | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | ) |

On or about January 26, 2005, a $10,000.00 cash bond was posted and the Certificate of Title for a 1995 Ford Mustang VIN number 1FALP42T9SF259227 in the name of Pamela J. Simons was surrendered in court to the Clerk as surety for defendant JASON WILLIAM THIBEAU's release. On or about June 27, 2005, an Order was entered in the above matter modifying the conditions of release as to defendant JASON WILLIAM THIBEAU ordering that the $10,000.00 cash bond previously posted be substituted with the title to a 1990 FXRS Evolution Harley Davidson motorcycle, VIN number 1HD1EBL3XLY115961, owned by Timothy Lee James. Said title to the Harley Davidson motorcycle was deposited with the Clerk of the Court on June 27, 2005.

1    Thereafter, on or about March 1, 2007, judgment was entered and on
2 April 23, 2007, Mr. Thibeau self-surrendered to Lompoc United States
3 Penitentiary to begin serving his 42-month sentence.

4    It is hereby requested that the Certificates of Title to the
5 above-described Ford Mustang and Harley Davidson motorcycle be returned
6 to Pamela J. Simons and Timothy Lee James, respectively, and that the
7 Clerk of the United States Court for the Eastern District of California
8 be directed to deliver said titles to Ms. Simons and Mr. James care of
9 the Federal Defender's Office, attention Mary M. French, 801 I Street,
10 3rd Floor, Sacramento, California 95814.

Dated: May 21, 2007                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Mary M. French
                                       _____
                                       MARY M. FRENCH
                                       Supervising Assistant
                                       Federal Defender
                                       Attorney for Defendant
                                       JASON WILLIAM THIBEAU

**ORDER**

IT IS HEREBY ORDERED that the title to the 1995 Ford Mustang VIN number 1FALP42T9SF259227 in the name of Pamela J. Simons and the title to the 1990 FXRS Evolution Harley Davidson motorcycle, VIN number 1HD1EBL3XLY115961, owned by Timothy Lee James, be returned to Ms. Simons and to Mr. James by the Clerk of the Court care of the Federal Defender's Office, attention Mary M. French, 801 I Street, 3rd Floor, Sacramento, California 95814.

DATED: May 25, 2007.

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

Motion to Exonerate Titles             2