CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Jason Thibeau

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JASON THIBEAU,<br><br>  Defendant. | Case No. 04-cr-0406 MCE<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>Date:  May 15, 2014<br>Time:  9:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Josh Sigal, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for JASON THIBEAU, that the dispositional hearing currently scheduled for May 15, 2014, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on May 22, 2014, at 9:00 a.m.   Defense counsel will be engaged in an anticipated all-day hearing out-of-county and, consequently, unavailable.

DATED:     May 13, 2014        /S/     Josh Sigal_____
                               JOSH SIGAL
                               Attorney for Plaintiff

                               /S/     Clemente M. Jiménez_____
                               CLEMENTE M. JIMÉNEZ
                               Attorney for Jason Thibeau

05/13/14

1

**ORDER**

IT IS SO ORDERED that the dispositional hearing in the above-entitled matter, scheduled for May 15, 2014, at 9:00 AM, be vacated and the matter continued to May 22, 2014, at 9:00 AM.

Dated: May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT